UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 4:07-CR-389-10 |
| | : |
| v. | : (JUDGE MARIANI) |
| | : |
| DOROTHY ROBINSON, | : |
| Defendant. | : |

ORDER

AND NOW, THIS 16th DAY OF JULY 2020, upon consideration of Defendant Dorothy Robinson's Motion for Resentencing Under the First Step Act (Doc. 1488) and all accompanying briefs and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED**. The Defendant's *pro se* motions (Docs. 1478, 1479, 1482, & 1483) are **DENIED** as superseded by the motion filed by her counsel.

Robert D. Mariani
United States District Judge